| | |
|---|---|
| 1 | Paul T. Cullen (SBN 193575) |
| 2 | paul@cullenlegal.com |
|   | THE CULLEN LAW FIRM, APC |
| 3 | 19360 Rinaldi Street, Box 647 |
| 4 | Porter Ranch, California 91326 |
|   | Telephone: (818) 360-2529 |
| 5 | Facsimile: (866) 794-5741 |
| 6 | |
|   | Attorney for Plaintiff Maloyd Wilson |
| 7 | |
|   | Jeffrey N. Williams (SBN 274008) |
| 8 | jwilliams@wargofrench.com |
| 9 | WARGO & FRENCH LLP |
|   | 1888 Century Park East, Suite 1520 |
| 10 | Los Angeles, California 90067 |
| 11 | Telephone:  (310) 853-6300 |
|    | Facsimile:   (310) 853-6333 |
| 12 | |
| 13 | J. Scott Carr (SBN 136706) |
|    | scarr@wargofrench.com |
| 14 | Anthony E. Giardino (*pro hac vice*) |
| 15 | agiardino@wargofrench.com |
|    | WARGO & FRENCH LLP |
| 16 | 999 Peachtree Street, NE, 26th Floor |
| 17 | Atlanta, GA 30309 |
|    | Telephone:  (404) 853-1500 |
| 18 | Facsimile:   (404) 853-1501 |
| 19 | |
|    | Attorneys for Defendant TWC Administration LLC |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MALOYD WILSON, an individual, | Case No. 2:15-cv-02169-R-JEM |
| Plaintiff, | **ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| TWC ADMINISTRATION LLC, et al., | Complaint Filed:  Jan. 23, 2015 |
| Defendants. | [Hon. Manuel L. Real] |

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above
2  matter is hereby dismissed without prejudice and with each party bearing its own
3  costs and attorneys' fees.
4
5  Dated:    December 18, 2015
6
7                                    By: _____
8                                         Manuel L. Real
9                                         Judge of the District Court

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28